```
            UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF PENNSYLVANIA
               10613 U.S. COURTHOUSE
              INDEPENDENCE MALL WEST
                 601 MARKET STREET
              PHILADELPHIA, PA 19106-1797
```

June 3, 2014

Brent F. Vullings, Esq.
(Via Email)

              RE: Perrone v. Asset Acceptance, LLC, et al.
              Civil Action No. 14-2148

Dear Mr. Vullings:

    A review of the Court's records shows that a pleading has not been filed by defendant Asset Acceptance, LLC in the above captioned action in response to the complaint.

    If such a pleading is not filed by the above named defendant on or before June 10, 2014 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

    If the Request for Default is not filed by June 24, 2014 the Court will enter an order dismissing the case against the above named defendant for lack of prosecution.

                            Very truly yours,

                            S/Eileen Adler
                            Eileen Adler
                            Deputy Clerk to Judge Dalzell

**\*\*ALL EXTENSIONS OF TIME TO ANSWER COMPLAINT MUST HAVE PRIOR COURT APPROVAL.**

Civ 21 (10/82)