UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MICHELLE L. PERRONE           )    Case Number 2:14-cv-02148-SD
                                     )
     Plaintiff               )    NOTICE OF VOLUNTARY
                                     )    DISMISSAL
         vs.                 )
                                     )
ASSET ACCEPTANCE, LLC        )
       &amp;                 )
THE SCHREIBER LAW FIRM, PLLC   )
                                   )
     Defendants            )
_____)

## NOTICE OF VOLUNTARY DISMISSAL

      PLEASE TAKE NOTICE that Plaintiff, Michelle L. Perrone, pursuant to Rule 41(a)(1)(i)

of the Rules of the United States District Court, hereby dismisses the action captioned above

against Asset Acceptance, LLC and the Schreiber Law Firm, PLLC with prejudice. Each party is

responsible for their own attorney's fees.


                                          BY:  _/s/Brent F. Vullings_
                                          Brent F. Vullings, Esq.
                                          Attorney for Plaintiff
                                          bvullings@vullingslaw.com
                                          Vullings Law Group, LLC
                                          3953 Ridge Pike, Suite 102
                                          Collegeville, PA 19426
                                          610-489-6060